# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

In re: **PHILLIP NEAL DORRIS AND SHERRY DENEEN DORRIS**     Case No: **3:12-BK-00168-KML**

Property Address: **1158 WINDING WAY DRIVE, WHITE HOUSE, TN  37188**     Chapter 13

Last four digits of any number you use to
identify the debtor's account: **7926**

Court Claim No. (if known): **12**

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002.1,

**SELENE FINANCE LP**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated **11/20/2014** and filed as Docket No. **65**

### Pre Petition Default Payments    Applicable option is checked.

[X]  Agrees that Debtor has paid in full the amount required to cure the default on Creditor's claim.

[ ]  Disagrees that Debtor(s) has(ve) paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due:   $0.00

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this response.

### Post-Petition Default Payments    Applicable option is checked.

[X]  Agrees that Debtor is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

[ ]  Disagrees that Debtor(s) is(are) current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due:   $0.00

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this response to the Cure Notice.

The amounts due identified on this response may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

The person completing this Notice must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor    ☒ I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

/s/ *Michael N. Wennerlund*               12/10/2014
Signature                                  Date (MM/DD/YYYY)

Name:   Michael G. Clifford (28691)
        Michael N. Wennerlund (31332)
        mwennerlund@wilson-assoc.com
        mclifford@wilson-assoc.com

Title: Attorney for Selene Finance LP

Company: Wilson & Associates, P.L.L.C.

Address: 8 Cadillac Dr., Suite 120

City: Brentwood        State: TN            Zip: 37027

Phone: (615) 255-9388 Fax: (615) 255-5581

## CERTIFICATE OF SERVICE

On December 10, 2014, copies of the foregoing Response to Notice of Final Cure Payment were served electronically through the electronic case filing system (ECF) or by United States Mail, postage prepaid, upon the parties listed below.

*/s/ Michael N. Wennerlund*
Michael N. Wennerlund (31332)
Michael G. Clifford (28691)

**NAMES AND ADDRESSES OF ENTITIES SERVED THROUGH ECF:**

Charles Abel Caudill
Clark & Washington, PC
237 French Landing Drive
Nashville, TN 37228

Henry Edward Hildebrand, III
Trustee
P.O. Box 340019
Nashville, TN 37203-0019

**NAMES AND ADDRESSES OF ENTITIES SERVED BY UNITED STATES MAIL:**

Phillip Neal Dorris and Sherry Deneen Dorris
Debtor
1158 Winding Way Drive
White House, TN 37188

W&A No.34327/ Loan No. xxxx7926