
Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 5/19/2015



**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:  CASE NO. 12-00168-KL3-13
PHILLIP NEAL DORRIS
SHERRY DENEEN DORRIS
1158 WINDING WAY DRIVE
WHITE HOUSE, TN  37188
SSN XXX-XX-2342        SSN XXX-XX-9895

**ORDER AND NOTICE TO MODIFY CHAPTER 13 PLAN TO MODIFY CONTINUING PAYMENT**
**PURSUANT TO PARAGRAPH 4(d)(iii) OF CONFIRMATION ORDER**

It appearing to the Court that the Order confirming the Debtors chapter 13 plan provides for the maintenance and cure of a long term payment pursuant to section 1322(b)(5) and that the plan specifically authorizes the court to alter the maintenance payments based upon the notice by the trustee that the underlying contract authorizes such modification without the necessity of hearing,

It further appears that, by submission of this order the Trustee has submitted such notice, it is therefore

ORDERED that the Debtors plan be amended as follows:

The continuing **mortgage** payment made to **SELENE FINANCE LP** shall increase from **$639.97 to $738.73** beginning with the **05/15** disbursement.

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III                THIS ORDER WAS SIGNED AND ENTERED
HENRY E. HILDEBRAND, III                    ELECTRONICALLY AS INDICATED AT THE TOP
CHAPTER 13 TRUSTEE                          OF THE FIRST PAGE.
P O BOX 340019
NASHVILLE, TN  37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

**NOTICE TO:**

PHILLIP NEAL DORRIS & SHERRY DENEEN DORRIS  1158 WINDING WAY DRIVE, WHITE HOUSE, TN  37188

CLARK AND WASHINGTON PC  237 FRENCH LANDING DR, NASHVILLE, TN  37228

SELENE FINANCE  9990 RICHMOND AVE, STE 400S, HOUSTON, TX  77042

SELENE FINANCE LP P O BOX 71243, PHILADELPHIA, PA  19176

CITI MORTGAGE  P O BOX 688971, DES MOINES, IA  50368

**AFFECTED CREDITORS**

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.